It is ordered by the court that Breen's application for leave to appeal is granted. The order declaring Prasad Bikkani to be a vexatious litigator does not apply to counsel representing Bikkani. Breen, as a licensed attorney, may file a notice of appeal on behalf of Bikkani, so long as it complies with the Supreme Court Rules of Practice.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1:

**2010–0296.   Moss v. Lorain Cty. Bd. of Mental Retardation.**
Lorain App. No. 09CA009550, 2009-Ohio-6931.

**2010–0339.   Bedford Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–M–1059.

**2010–0353.   State ex rel. Sears Roebuck & Co. v. Davy.**
Franklin App. No. 09AP–272, 2010-Ohio-87.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1:

**2010–0124.   State ex rel. Dolgencorp, Inc. v. Indus. Comm.**
Franklin App. No. 08AP–1014, 2009-Ohio-6565.

## CASE ANNOUNCEMENTS

*March 8, 2010*

[Cite as *03/08/2010 Case Announcements #2*, 2010-Ohio-863.]

## MOTION AND PROCEDURAL RULINGS

**2010–0421.   State ex rel. Cummings v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration thereof,

It is ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The respondent shall file an answer to the complaint within seven days of the date of this entry. The parties shall file any evidence they intend to present within ten days of the date of this entry; relators shall file a brief within five days of the filing of the evidence; respondent shall file a brief within ten days after the filing of relators' brief; and relators may file a reply brief within five days after filing of respondent's brief.

Pursuant to S.Ct.Prac.R. 10.6, the issuance of this alternative writ stays the proceedings that relator seeks to prohibit until there is a final determination by the court.

## CASE ANNOUNCEMENTS

*March 9, 2010*

[Cite as *03/09/2010 Case Announcements*, 2010-Ohio-864.]

## MOTION AND PROCEDURAL RULINGS

**In re Karnofel.**
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or